UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/10
```

RUDOLF SAMANDAROV, *et al.*,

Petitioners,

-v-

TABEUSZ KOWALEWSKI, *et al.*

Respondents.

No. 10 Civ. 4438 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court held a conference on September 17, 2010 at which all parties were present. As stated on the record, IT IS HEREBY ORDERED THAT briefing on Petitioners' motion to vacate the arbitration award will be as follows:

By October 18, 2010 at 4 p.m., Petitioners shall file their motion and supporting papers.

By November 18, 2010 at 4 p.m., Respondents shall file their opposition papers.

By December 3, 2010 at 4 p.m., Petitioners shall file their reply, if any.

IT IS FURTHER ORDERED THAT counsel for Respondents shall file a notice of appearance forthwith.

SO ORDERED.

DATED:   September 17, 2010
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE